No. 24-1121

# United States Court of Appeals for the Federal Circuit

NXP USA, INC., NXP B.V.,

*Plaintiffs-Appellants*

*v.*

IMPINJ, INC.,
*Defendant-Appellee*

Appeal from the United States District Court for the Western District of Washington in No. 2:20-cv-01503-JHC, The Honorable John H. Chun

**PLAINTIFFS-APPELLANTS' NOTICE PURSUANT TO FEDERAL CIRCUIT RULE 26(b)(4)**

Plaintiffs-Appellants NXP USA, Inc. and NXP B.V. (together, "NXP") submit this notice pursuant to Federal Circuit Rule 26(b)(4) to inform the Court that additional time is needed for the parties to resolve outstanding confidentiality issues. Pursuant to this rule, NXP's opening brief, due March 4, 2024, will be filed no later than March 11, 2024. Counsel for NXP conferred with counsel for Defendant-Appellee Impinj, Inc. ("Impinj") regarding this notice. Impinj does not oppose this notice or the five-day extension.

Date: March 1, 2024

Respectfully submitted,

/s/ *Jennifer L. Swize*

Jennifer L. Swize
Courtney A. Bolin
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001
(202) 879-3939
jswize@jonesday.com
cbolin@jonesday.com

T. Gregory Lanier
Michael C. Hendershot
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3941
glanier@jonesday.com
mhendershot@jonesday.com

Lisa L. Furby
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(312) 269-1525
lfurby@jonesday.com

H. Albert Liou
JONES DAY
717 Texas Suite 3300
Houston, TX 77002
(828) 239-3939
aliou@jonesday.com

*Counsel for Plaintiffs-Appellants NXP USA, Inc. and NXP B.V.*

# DECLARATION IN SUPPORT OF PLAINTIFFS-APPELLANTS' NOTICE PURSUANT TO FEDERAL CIRCUIT RULE 26(b)(4)

I, Jennifer L. Swize, hereby declare:

1. I am counsel for Plaintiffs-Appellants NXP USA, Inc. and NXP B.V. (together, "NXP").

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(4) and in support of Plaintiffs-Appellants' Notice.

3. NXP's opening brief in this appeal is due Monday, March 4, 2024.

4. Counsel for NXP has identified confidential information of Defendant-Appellee Impinj, Inc. ("Impinj") to be included in NXP's opening brief, and which information Impinj is reviewing to determine whether the information or portions thereof do not need to remain under seal.

5. Counsel for NXP and counsel for Impinj have conferred regarding these confidential materials and are endeavoring to resolve the confidentiality issues.

6. Counsel for Impinj has indicated that Impinj does not oppose NXP's invocation of Federal Circuit Rule 26(b)(4) to obtain a five-day extension for its opening brief, so that the parties can adequately address the outstanding confidentiality issues.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 1, 2024, in Washington, D.C.

                                                     /s/ *Jennifer L. Swize*

                                                     Jennifer L. Swize
                                                     JONES DAY
                                                     51 Louisiana Avenue, N.W.
                                                     Washington, DC  20001

# CERTIFICATE OF INTEREST

**Case Number:** 24-1121
**Short Case Caption:** NXP USA, Inc. v. Impinj, Inc.
**Filing Party:** Plaintiffs-Appellants NXP USA, Inc. and NXP B.V.

      Counsel for NXP USA, Inc. and NXP B.V. certifies the following information is accurate and complete:

The full name of every party represented by me is:

   NXP USA, Inc. and NXP B.V.

The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are:

   **For Plaintiff-Appellant NXP USA, Inc.:** NXP Semiconductors N.V.; NXP B.V.; and Freescale Semiconductor Holdings V, Inc.; and

   **For Plaintiff-Appellant NXP B.V.:** NXP Semiconductors N.V.

The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this court are:

   **Jones Day:** T. Kaitlin Crowder, Timothy J. Heverin, Yury Kalish, John M. Michalik, Thomas W. Ritchie, Jonathan M. Smith, Tracy A. Stitt, David L. Witcoff;

   **Harrigan Leyh Farmer & Thomsen LLP:** Tyler L. Farmer, Chelsey L. Mam, Bryn R. Pallesen; and

   **Richards, Layton & Finger, PA:** Kelly E. Farnan.

Appeals from the originating trial court action was previously before this or any other appellate court:

None.

Information relating to organizational victims and bankruptcy cases:

Not applicable.

Date: March 1, 2024

/s/ *Jennifer L. Swize*
Jennifer L. Swize
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001

## CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally spaced typeface and includes 79 words.

Date: March 1, 2024

/s/ *Jennifer L. Swize*
Jennifer L. Swize
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001